**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**Western District of Texas**

Case number (if known): _____ Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/24**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Alamo Premium Distillery Inc.** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | **4 7 – 3 0 8 2 0 2 4** | |
| **4. Debtor's address** | **Principal place of business** <br><br> **2030 E Houston St** <br> Number  Street <br> **San Antonio, TX 78202-2934** <br> City  State  ZIP Code <br><br> **Bexar** <br> County | **Mailing address, if different from principal place of business** <br><br> Number  Street <br><br> City  State  ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number  Street <br><br> City  State  ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ | |

Debtor __Alamo Premium Distillery Inc._____  Case number *(if known)* _____
     Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❏ Railroad (as defined in 11 U.S.C. §101(44))<br>❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❏ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>❏ Tax-exempt entity (as described in 26 U.S.C. §501)<br>❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br>__ __ __ __ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>❏ Chapter 7<br>❏ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>    ❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>    ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>    ❏ A plan is being filed with this petition.<br>    ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>❏ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>❏ Yes.  District _____ When ___/___/_____ Case number _____<br>          District _____ When ___/___/_____ Case number _____ |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>❏ Yes.  Debtor _____ Relationship _____<br>       District _____ When ___/___/_____<br>       Case number, if known _____ |

Debtor  **Alamo Premium Distillery Inc.**      Case number *(if known)* _____
       Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number    Street<br>_____<br>City      State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>                Contact name _____<br>                Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99      ☐ 1,000-5,000    ☐ 5,001-10,000      ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999    ☐ 10,001-25,000                       ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000            ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor    **Alamo Premium Distillery Inc.**    Case number *(if known)* _____
          Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **11/12/2024**
             MM/ DD/ YYYY

X  **/s/ Noel Burns**                                    **Noel Burns**
Signature of authorized representative of debtor          Printed name

Title  **President**

**18. Signature of attorney**

X  **/s/ Morris E. "Trey" White, III**        Date  **11/12/2024**
Signature of attorney for debtor                    MM/ DD/ YYYY

**Morris E. "Trey" White, III**
Printed name

**Villa & White LLP**
Firm name

**100 NE Loop 410 Suite 615**
Number    Street

**San Antonio**                        **TX**        **78216**
City                                   State        ZIP Code

**(210) 225-4500**                     **treywhite@villawhite.com**
Contact phone                          Email address

**24003162**                           **TX**
Bar number                             State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **4**

Fill in this information to identify the case:

Debtor name **Alamo Premium Distillery Inc.**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Flaviar, Inc<br>c/o HOLLAND & KNIGHT LLP<br>787 7th Ave<br>New York, NY 10019-6018 | | License Royalties | Disputed<br>Unliquidated | | | $990,000.00 |
| 2 | Fortis Solutions Group<br>Po Box 411655<br>Boston, MA 02241-1655 | | | | | | $21,703.58 |
| 3 | Anchor Glass<br>Po Box 741014<br>Atlanta, GA 30374-1014 | | | | | | $20,645.27 |
| 4 | Capital One<br>Po Box 60519<br>City Industry, CA 91716-0519 | | | | | | $18,514.74 |
| 5 | Ranch Brands Wine and Spirits<br>13619 Ranch Road 12<br>Wimberley, TX 78676-5478 | | | | | | $10,554.14 |
| 6 | Employer Flexible (Payroll)<br>7102 N Sam Houston Pkwy W Ste 200<br>Houston, TX 77064-3575 | | | | | | $10,323.24 |
| 7 | Berlin Packaging<br>525 W Monroe St Fl 14<br>Chicago, IL 60661-3629 | | | | | | $9,079.56 |
| 8 | Pipeline Packaging<br>27157 Network Pl<br>Chicago, IL 60673-1271 | | | | | | $9,076.51 |

Debtor **Alamo Premium Distillery Inc.**    Case number *(if known)*
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | RNDC of Texas<br>8045 Northcourt Rd<br>Houston, TX 77040-4392 | | | | | | $5,337.60 |
| 10 | American International Foods<br>Fulton St. E.<br>Ada, MI 49301 | | | | | | $2,106.00 |
| 11 | Jackson Walker Law Firm<br>Po Box 130989<br>Dallas, TX 75313-0989 | | | | | | $470.00 |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Texas

**In re**    Alamo Premium Distillery Inc.

Case No. _____

**Debtor**

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................................ **$0.00**

   Prior to the filing of this statement I have received ................................................................. **$16,738.00**

   Balance Due .............................................................................................................................. **($16,738.00)**

2. The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Page 1 of 2

B2030 (Form 2030) (12/15)

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **11/12/2024** | **/s/ Morris E. "Trey" White, III** |
|---|---|
| Date | Morris E. "Trey" White, III |
| | *Signature of Attorney* |
| | Bar Number: 24003162 |
| | Villa & White LLP |
| | 100 NE Loop 410 Suite 615 |
| | San Antonio, TX 78216 |
| | Phone: (210) 225-4500 |
| | |
| | **Villa & White LLP** |
| | *Name of law firm* |

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

IN RE: **Alamo Premium Distillery Inc.**            CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **11/12/2024**      Signature      **/s/ Noel Burns**
                                                                        Noel Burns, President

American International Foods
Fulton St. E.
Ada, MI 49301

Anchor Glass
Po Box 741014
Atlanta, GA 30374-1014

Berlin Packaging
525 W Monroe St Fl 14
Chicago, IL 60661-3629

Capital One
Po Box 60519
City Industry, CA 91716-0519

Employer Flexible (Payroll)
7102 N Sam Houston Pkwy W Ste 200
Houston, TX 77064-3575

Flaviar, Inc
c/o HOLLAND & KNIGHT LLP
787 7th Ave
New York, NY 10019-6018

Fortis Solutions Group
Po Box 411655
Boston, MA 02241-1655

Internal Revenue Serice
300 E 8th St Stop 5026aus
Austin, TX 78701-3233

Jackson Walker Law Firm
Po Box 130989
Dallas, TX 75313-0989


Pipeline Packaging
27157 Network Pl
Chicago, IL 60673-1271


Ranch Brands Wine and
Spirits
13619 Ranch Road 12
Wimberley, TX 78676-5478


RNDC of Texas
8045 Northcourt Rd
Houston, TX 77040-4392