# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case 24-52285-cag |
| | § | |
| **Alamo Premium Distillery Inc** | § | |
| | § | |
| | § | |
| | § | |
| **DEBTOR** | § | Chapter 11 |

## WITHDRAWAL OF CLAIM

TO: CLERK OF THE COURT

The Texas Workforce Commission hereby withdraws its Administrative Expense Proof of Claim #9 in the amount of $987.66, dated 05/19/2025, which was filed with the Court on 05/19/2025, for Texas Workforce Commission Account No. xx-xxx162-5.

Respectfully submitted, this 20th day of May, 2025.

By: /s/ Janaha Crawford
Janaha Crawford
Account Examiner
Texas Workforce Commission

###